IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ,<br><br>    Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | No. C 11-04733 EJD (PR)<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*; DIRECTING PETITIONER TO PAY FULL FILING FEE |

Petitioner, a California inmate at the Pelican Bay State Prison, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a Certificate of Funds in Prisoner's Account and a prisoner statement of account showing transactions for the previous six months. (Docket No. 3.) By the submission of such documents, it appears that Petitioner is seeking leave to proceed in forma pauperis. The Clerk has already notified Petitioner that he must file an IFP application. (See Docket No. 2.) However, based on the supporting documents already filed, the Court will DENY any such motion because Petitioner has not shown an adequate level of poverty as the average monthly deposit in his account was $37.50 and the average monthly balance in his account was $1,267.71, for the six-months preceding the filing of this petition.

The Court has received Petitioner's letter of inquiry dated December 30,

Order Denying IFP
G:\PRO-SE\SJ.EJD\HC.11\04733Chavez_deny-ifp.wpd

2011, concerning the filing fee. (Docket No. 5.) Petitioner is advised that although the Court received payment for a separate habeas action, Case No. 11-03919 EJD (PR), no payment has been received to date in connection with this action.

Accordingly, Petitioner must pay the $5 filing fee **within thirty (30) days** of the date of this order or face dismissal of this action for failure to pay the filing fee.

DATED: 2/10/2012



EDWARD J. DAVILA
United States District Judge

Order Denying IFP
G:\PRO-SE\SJ.EJD\HC.11\04733Chavez_deny-ifp.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES D. CHAVEZ,

        Petitioner,

  v.

WARDEN,

        Respondent.

Case Number: CV11-04733 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/15/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D. Chavez T 27420
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95531

Dated:  2/15/2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk