IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES D. CHAVEZ, | ) | No. C 11-04733 EJD (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

    Petitioner, a California inmate at the Pelican Bay State Prison, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a Certificate of Funds in Prisoner's Account and a prisoner statement of account showing transactions for the previous six months, by which the Court assumed that Petitioner was seeking leave to proceed in forma pauperis ("IFP"). Based on the supporting documents, the Court denied leave to proceed IFP because Petitioner did not show an adequate level of poverty as the average monthly deposit in his account was $37.50 and the average monthly balance in his account was $1,267.71, for the six-months preceding the filing of this petition. (See Docket No. 3.)

    The Court directed Petitioner to pay the $5 filing fee within thirty days of the order filed February 15, 2012, or face dismissal of this action for failure to pay the

Order of Dismissal
G:\PRO-SE\SJ.EJD\HC.11\04733Chavez_dism.wpd

1 filing fee. (See Docket No. 6.) The deadline has since passed, and Petitioner has
2 not complied.

3      Accordingly, this case is DISMISSED without prejudice for failure to pay the
4 filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: 4/16/2012



EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\HC.11\04733Chavez_dism.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES D. CHAVEZ,

        Petitioner,

v.

RANDY GROUNDS, Warden,

        Respondent.

Case Number: CV11-04733 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/17/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D. Chavez T 27420
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95531

Dated: 4/17/2012

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk