<div style="writing-mode: vertical">United States District Court
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ, | No. C 11-04733 EJD (PR) |
| Petitioner, | ORDER VACATING JUDGMENT AND REOPENING CASE |
| vs. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. On April 17, 2012, the Court dismissed the instant action for failure to pay the filing fee. (See Docket No. 8.)

On April 27, 2012, the Clerk received the filing fee. (Docket No. 10.) In the interest of justice, the Court will construe the payment as a motion for reconsideration and reopen the action. Accordingly, the Judgment entered on April 17, 2012, (Docket No. 9), is VACATED. The Court will conduct an initial review of the petition in a separate order.

The Clerk shall reopen the file.

DATED: 5/8/2012

EDWARD J. DAVILA
United States District Judge

Order Vacating Judgment and Reopening Case
G:\PRO-SE\SJ.EJD\HC.11\04733Chavez_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES D. CHAVEZ,

        Petitioner,

  v.

RANDY GROUNDS, Warden,

        Respondent.

Case Number: CV11-04733 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/8/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D. Chavez T 27420  
Pelican Bay State Prison  
P. O. Box 7500  
Crescent City, CA 95531

Dated: 5/8/2012

Richard W. Wieking, Clerk  
/s/ By: Elizabeth Garcia, Deputy Clerk