IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ, | No. C 11-04733 EJD (PR) |
| Petitioner, | ORDER TO SHOW CAUSE |
| vs. | |
| WARDEN, | |
| Respondent. | |

Petitioner, a California prisoner currently incarcerated at the Pelican Bay State Prison in Crescent City, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the forfeiture of good time credits. The matter was dismissed for Petitioner's failure to pay the filing fee, and then reopened in the interest of justice on May 8, 2012 after Petitioner paid the fee. (See Docket No. 11.)

**DISCUSSION**

A.   Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28

Order to Show Cause
G:\PRO-SE\SJ.EJD\HC.11\04733Chavez_osc(rvr).wpd

U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.     Legal Claims

Petitioner alleges that he was wrongfully found guilty of a Rules Violation Report ("RVR") for "serious bodily injury to [his] cellmate." (Pet. at 3.) Petitioner asserts that his right to due process was violated when his requested witness did not attend the hearing. Petitioner asserts that the cellmate's injuries were accidental, and that the RVR should be reduced to "mutual combat." Petitioner was assessed 360 days credit forfeiture. Liberally construed, Petitioner's claim appears colorable under § 2254 as a violation of Petitioner's right to due process and merits an answer from Respondent. See Young v. Kenny, 907 F.2d 874, 876-78 (9th Cir. 1990), cert. denied, 498 U.S. 1126 (1991).

## CONCLUSION

For the foregoing reasons,

1      The Clerk shall serve by certified mail a copy of this order and the petition, and all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

2.     Respondent shall file with the court and serve on Petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse

1  with the court and serving it on Respondent within **thirty (30) days** of his receipt of the
2  answer.

3    3. Respondent may file a motion to dismiss on procedural grounds in lieu of
4  an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules
5  Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file
6  with the Court and serve on Respondent an opposition or statement of non-opposition
7  within **thirty (30) days** of receipt of the motion, and Respondent shall file with the
8  court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any
9  opposition.

10   4. Petitioner is reminded that all communications with the court must be
11 served on Respondent by mailing a true copy of the document to Respondent's counsel.
12 Petitioner must keep the court and all parties informed of any change of address by
13 filing a separate paper captioned "Notice of Change of Address." He must comply with
14 the court's orders in a timely fashion. Failure to do so may result in the dismissal of this
15 action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

17 DATED:   6/27/2012

EDWARD J. DAVILA
United States District Judge

Order to Show Cause
G:\PRO-SE\SJ.EJD\HC.11\04733Chavez_osc(rvr).wpd        3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES D. CHAVEZ,

        Petitioner,

  v.

WARDEN,

        Respondent.

Case Number: CV11-04733 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/27/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D. Chavez T 27420
Corcoran State Prison
4001 King Avenue
P. O. Box 8800
4A-2L-#49
Corcoran, CA 93212-4636

Dated: 6/27/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk